Opinion issued February 2, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-01108-CR

———————————

edward acuna, Appellant

V.

THE STATE OF TEXAS, Appellee



 



 

On Appeal from the 268th District Court 

Fort Bend County, Texas



Trial Court Cause No. 10DCR054185



 

MEMORANDUM
OPINION

Appellant,
Edward Acuna, has filed a motion to dismiss the
appeal.   The motion complies with Texas
Rule of Appellate Procedure 42.2(a).  See Tex.
R. App. P. 42.2(a).
 We have not issued a decision in the
appeal.  The Clerk of this Court has sent
a duplicate copy to the trial court clerk. Id.

The
appeal is presently abated.  Accordingly,
we reinstate the appeal and dismiss.  See Tex.
R. App. P. 43.2(f).
 We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of
the date of this opinion.  See Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Keyes, Bland, and Sharp.

Do not publish. 
 Tex. R. App. P. 47.2(b).